# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00766-CV

### C. R., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 21DFAM328579, THE HONORABLE DALLAS SIMS, JUDGE PRESIDING

---

### **O R D E R**

**PER CURIAM**

Appellant C. R. filed her notice of appeal on November 28, 2022. The appellate record was complete on December 8, 2022, making appellant's brief due on December 28, 2022. On December 28, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Bradley K. Williamson to file appellant's brief no later than January 17, 2023. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on January 10, 2023.


Before Chief Justice Byrne, Justices Triana and Theofanis